# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Donnette Hardee**
    Plaintiff(s)
  vs.                  **CASE NUMBER: 3:19-cv-755 (DEP)**

**Andrew Saul**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's motion for judgment on the pleadings is GRANTED. The Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is VACATED. The matter is hereby REMANDED to the Commissioner, without a directed finding of disability, for further proceedings consistent with this determination. Remanding the matter to the Commissioner pursuant to sentence four of 42 U.S.C.§405(g).

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 27th day of August, 2020.

DATED: August 27, 2020

_[signature]_
Clerk of Court

                      s/Kathy Rogers
                      Deputy Clerk